# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2020

Bridget M. McCormack,
Chief Justice

158903 (63)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

FRANK ANTHONY SCOLA,
        Plaintiff-Appellant,

v

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION, and JP MORGAN CHASE &
CO.,
        Defendants-Appellees,
and

KATHLEEN SCOLA, ESTATE OF JOHN
BARROW BROWN, and CITY OF WAYNE,
        Defendants.

SC: 158903
COA: 338966
Wayne CC: 15-002804-NI

_____/

On order of the Court, the motion for reconsideration of this Court's October 2, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2020



Clerk

t1118